John **BURTON** and Paula Burton, Appellants

v.

**U.S. GOVERNMENT**, Appellee.

No. 07–5190.

United States Court of Appeals, District of Columbia Circuit.

Feb. 21, 2008.

John Burton, Eagle Point, OR, pro se.

Paula Burton, Eagle Point, OR, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, Jeffrey Allen Taylor, U.S. Attorney, U.S. Attorney's Office, (USA) Civil Appellate, Richard Thane Morrison, Richard Lee Parker, U.S. Department of Justice, (DOJ) Tax Division, Appellate Section, Washington, DC, for Appellee.

BEFORE: GINSBURG, TATEL and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 18, 2007, be affirmed. Appellants failed to respond to appellee's arguments that the district court lacked subject matter jurisdiction and that, with regard to the claims concerning tax collection, appellants failed to state a claim on which relief may be granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.